UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:18-cv-04388-ODW-SHK | Date: | August 22, 2019 |
|---|---|---|---|
| Title: | *Luis Alfredo Almanza v. W.L. Muniz* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On July 16, 2019, the Court issued its Order Denying Petitioner's Motion for Stay as Moot and Ordering Petitioner to Lodge a Proposed First Amended Peition ("Order"). Electronic Case Filing Number ("ECF No.") 20, Order. In its Order, Petitioner was to file a supplemental brief addressing not only whether an amendment under Fed. R. Civ. P 15(a)(2) is appropriate, but also the issue of whether the claims sought to be added are timely, and if not, whether they relate back to the claims in the original Petition. Petitioner either was to file a Motion for Leave to Amend with his proposed First Amended Petition ("FAP") or his reply to Respondents Answer if Petitioner did not file his proposed FAP with the motion.

To date, Petitioner has not filed his Motion for Leave to Amend with his proposed FAP nor has he filed a reply. Accordingly, on or before **September 5, 2019**, Petitioner is ORDERED to either (a) advise the Court that he does not desire to pursue this action in writing; (b) if petitioner does desire to pursue this action, show good cause in writing, if any exists, why petitioner has not timely complied with the Court's Order; or (c) file either his proposed FAP with leave to amend or reply to Respondent's Answer.

Petitioner is forewarned that, if he fails to do either of the provided options, the Court may deem the matter submitted on Petitioner's petition.

**IT IS SO ORDERED.**