# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALFREDO ALMANZA,<br><br>                    Petitioner,<br><br>      v.<br><br>W.L. MUNIZ,<br><br>                    Respondent. | Case No. 2:18-cv-04388-ODW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered DISMISSING this action with prejudice.

Dated: March 17, 2020

                                                  HONORABLE OTIS D. WRIGHT, II
                                                  United States District Judge