JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALFREDO ALMANZA,<br><br>                                   Petitioner,<br><br>                    v.<br><br>W.L. MUNIZ,<br><br>                                   Respondent. | Case No. 2:18-cv-04388-ODW (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated:  March 17, 2020

HONORABLE  OTIS D. WRIGHT, II
United States District Judge